**James Opleton BRADLEY, Jr.,**
**Plaintiff—Appellant,**

v.

**NORTH CAROLINA DEPARTMENT OF CORRECTIONS; North Carolina Prisoner Legal Services, Incorporated, Defendants—Appellees.**

No. 05–6105.

United States Court of Appeals, Fourth Circuit.

Submitted: July 14, 2005.

Decided: Aug. 16, 2005.

---

James Opleton Bradley, Jr., Appellant Pro Se. Elizabeth F. Parsons, North Carolina Department of Justice, Raleigh, North Carolina; Michael Stephen Hamden, North Carolina Prisoner Legal Services, Inc., Raleigh, North Carolina; Michael J. Reece, Woodruff, Reece & Fortner, Smithfield, North Carolina, for Appellees.

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Opleton Bradley, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bradley v. North Carolina Dep't of Corr.*, No. CA–04–44–5–FL (E.D.N.C. Dec. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*